**Reginald U. FULLARD,**
**Plaintiff-Appellant,**

v.

**Twanda STALEY; Department of Social Services; Forsyth Child Support Enforcement; Forsyth County District Court Division, Defendants-Appellees.**

**No. 16-7716**

United States Court of Appeals, Fourth Circuit.

Submitted: April 25, 2017

Decided: April 28, 2017

Reginald U. Fullard, Appellant Pro Se.

Before MOTZ, DUNCAN, and AGEE, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Reginald U. Fullard appeals the district court's order accepting the recommendation of the magistrate judge and dismissing his 42 U.S.C. § 1983 (2012) complaint under 28 U.S.C. § 1915A(b) (2012). We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *Fullard v. Staley*, No. 1:15-cv-00016-LCB-JLW (M.D.N.C. Nov. 29, 2016). We deny Fullard's motion for a transcript at government expense and dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*